# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ALI A. ALADIMI, | : | |
| Plaintiff, | : | Case No. 3:10cv00121 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| ALVIS HOUSE COPE CENTER, *et al.*, | : | |
| | : | |
| Defendants. | | |
| | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #32), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on July 29, 2011 (Doc. # 32) is ADOPTED in full;

2. Defendants' motion for judgment on the pleadings (Doc. #20) is GRANTED in part and DENIED in part;

3. Defendants' motion (Doc. #20) is GRANTED as to Plaintiff's claims

under 42 U.S.C. § 1985, and such claims be DISMISSED without prejudice; and

4. Defendants' motion (Doc. #20) is DENIED without prejudice as to Plaintiff's claims under 42 U.S.C. § 1983 and RLUIPA.

*Walter Herbert Rice*
Walter Herbert Rice
United States District Judge

2