# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ALI A. ALADIMI, :

    Plaintiff, :

                                    Case No. 3:10cv00121

vs. :

                                    District Judge Walter Herbert Rice

ALVIS HOUSE COPE CENTER, : Magistrate Judge Sharon L. Ovington
et al.,

                              :

    Defendants.

                                :

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #49), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on May 2, 2012 (Doc. #49) is ADOPTED in full;

2. Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. #46) is GRANTED, in part, to the extent he meets the financial requirements of in forma pauperis status; and

3. Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. #46) is DENIED, in remaining part, and the Court certifies under 28 U.S.C.

§1915(a)(3) that Plaintiff's appeal is not taken in good faith.

*Walter Herbert Rice*
Walter Herbert Rice
United States District Judge